BoLdo

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

FENG RUAN
MAOXUAN XIA

MARCOS FRANCISCO-TOMAS
ANDRES FLORES-CEDENO

MANUEL RIVERA
FERNANDO GONZALEZ-GONZALEZ
JULIO FLORES
MICHAEL JOHNSON
AARON MITCHELL
RAYMOND SIMMONS
TORIANO WILSON

Criminal No. 25- 186

(21 U.S.C. §§ 846, 841(a)(1) and
841(b)(1)(A)(ii);
18 U.S.C. §§ 1957, 1952(a)(3), and
922(g)(1))

**[UNDER SEAL]**

**FILED**

JUL - 8 2025

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

## INDICTMENT

### COUNT ONE

The grand jury charges:

From in and around January 2023, and continuing thereafter to in and around April 2024, in the Western District of Pennsylvania and elsewhere, the defendants, MARCOS FRANCISCO-TOMAS, ANDRES FLORES-CEDENO,          MANUEL RIVERA, FERNANDO GONZALEZ-GONZALEZ, JULIO FLORES, MICHAEL JOHNSON, AARON MITCHELL, RAYMOND SIMMONS, and TORIANO WILSON, did knowingly, intentionally and unlawfully conspire with one another and with persons both known and unknown to the grand jury, to possess with intent to distribute and distribute 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii).

In violation of Title 21, United States Code, Section 846.

## COUNT TWO

The grand jury further charges:

On or about August 30, 2023, in the Western District of Pennsylvania, the defendant, MANUEL RIVERA, did knowingly, intentionally and unlawfully possess with intent to distribute 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii).

## COUNT THREE

The grand jury further charges:

On or about February 17, 2024, in the Western District of Pennsylvania, the defendants, MARCOS FRANCISCO-TOMAS and ANDRES FLORES-CEDENO, did knowingly, intentionally and unlawfully possess with intent to distribute 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii).

3

## COUNT FOUR

The grand jury further charges:

On or about January 17, 2023, in the Western District of Pennsylvania and elsewhere, the defendant, FENG RUAN, did knowingly engage in a monetary transaction, affecting interstate commerce, in criminally derived property with a value greater than $10,000, which property was derived from specified unlawful activity, in that the defendant, FENG RUAN, deposited funds by, through, or to a financial institution, knowing that the funds were derived from a criminal offense, when in fact said funds were derived from drug trafficking.

In violation of Title 18, United States Code, Section 1957.

4

## **COUNT FIVE**

The grand jury further charges:

On or about May 22, 2023, in the Western District of Pennsylvania and elsewhere, the defendant, MAOXUAN XIA, did knowingly engage in a monetary transaction, affecting interstate commerce, in criminally derived property with a value greater than $10,000, which property was derived from specified unlawful activity, in that the defendant, MAOXUAN XIA, deposited funds by, through, or to a financial institution, knowing that the funds were derived from a criminal offense, when in fact said funds were derived from drug trafficking.

In violation of Title 18, United States Code, Section 1957.

5

## COUNT SIX

The grand jury further charges:

From in and around January 2023, through in and around April 2024, in the Western District of Pennsylvania and elsewhere, the defendants, MAOXUAN XIA, MARCOS FRANCISCO-TOMAS, ANDRES FLORES-CEDENO, MANUEL RIVERA, FERNANDO GONZALEZ-GONZALEZ, and JULIO FLORES traveled in interstate commerce, and used any facility in interstate commerce, with intent to promote, manage, establish, carry on, and to facilitate the promotion, management, establishment, and carrying on of an unlawful activity, that is, involving the distribution and possession with intent to distribute a controlled substance (as defined in 21 U.S.C. § 802(6)) in violation of 21 U.S.C. §§ 841 and 846; and thereafter performed and attempted to perform an act to promote, manage, establish, and carry on, and to facilitate the promotion, management, establishment, and carrying on of the unlawful activity.

All in violation of Title 18, United States Code, Section 1952(a)(3).

6

## COUNT SEVEN

The grand jury further charges:

On or about October 5, 2023, in the Western District of Pennsylvania, the defendant, AARON MITCHELL, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, namely, Possession with Intent to Deliver a Controlled Substance, on or about May 21, 2003, at Docket Number CP-02-CR-13993-2002, in the Court of Common Pleas, County of Allegheny, Criminal Division, Commonwealth of Pennsylvania, knowingly possessed, in and affecting interstate commerce, a firearm and ammunition, to wit: a Masterpiece Arms .45 caliber pistol bearing serial number A15205 and WIN ammunition.

In violation of Title 18, United States Code, Section 922(g)(1).

7

## NOTICE OF SPECIAL FINDINGS

The grand jury further finds:

1.      As to Count One, the defendant, MICHAEL JOHNSON:

(a)      was previously convicted on or about November 30, 2000, at Docket Number 2:00-cr-146, in the United States District Court of the Western District of Pennsylvania of the crime of possession with intent to distribute 500 grams or more of cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(ii);

(b)      served a term of imprisonment of more than twelve months for the offense described in Subparagraph 1(a); and

(c)      was released from any term of imprisonment for the offense described in Subparagraph 1(a) within fifteen years of the commencement of the offense charged in Count One.

## **FORFEITURE ALLEGATIONS**

The United States hereby gives notice to the defendants charged in Counts One, Two and/or Three that, upon their conviction of any such offenses, the government will seek forfeiture in accordance with Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), which requires any person convicted of these offenses to forfeit to the United States of America any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, from the commission of such offenses, and any property used, or intended to be used, in any manner and part, to commit, and to facilitate the commission of, such offenses, including, but not limited to, the following:

approximately $125,000 in United States currency, seized on April 12, 2023, from

approximately $252,700 in United States currency, seized on August 30, 2023, from Room 206, 1006 Sutherland Drive, Robinson, PA;

approximately $830 in United States currency, seized on August 30, 2023, from Room 211, 1004 Sutherland Drive, Robinson, PA;

approximately $21,864 in United States currency, seized on March 5, 2024, from 7134 Doak Street, Pittsburgh, PA;

approximately $15,800 in United States currency, seized on February 17, 2024, from 1816 7th Street, New Kensington, PA;

approximately $19,080 in United States currency, seized on April 12, 2024, from

A 2007 Toyota Prius, with Pennsylvania Registration MCT6173 and JTDKB20U277663654

9

Precious gemstones, precious metals, and jewelry seized on or about August 30, 2023 from the hotel room of the defendant, MANUEL RIVERA, located at Room 206, 1006 Sutherland Drive, Robinson, PA, which includes the following:

One 18 karat yellow gold "Van Cleef & Arpels" Vintage Alhambra Bracelet, appraised at $4,200;

One 18 karat yellow gold "Van Cleef & Arpels" Vintage Alhambra Bracelet, guilloche rhodium plated, appraised at $6,100;

One Gents Rolex "Skydweller" 18 karat gold and stainless-steel Model #326933 watch, appraised at $19,995; and

One Cartier "Juste Un Clou" bracelet stamped 750 (18k) yellow gold, appraised at $12,400.

The United States hereby gives notice to the defendant charged in Count Seven that, upon his conviction of such offense, the government will seek forfeiture in accordance with Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), which requires any person convicted of such offense to forfeit to the United States of America any and all firearms and ammunition involved in and used in the knowing commission of the offense, including, but not limited to:  a Masterpiece Arms .45 caliber pistol bearing serial number A15205 and 23 rounds of WIN ammunition.

A True Bill,

_____
FOREPERSON

_____
TROY RIVETTI
Acting United States Attorney
PA ID No. 56816

_____
KATHERINE C. JORDAN
Assistant United States Attorney
PA ID No. 201135